MR. JUSTICE HARRISON,
concurring:
I concur, but desire to draw one point to the attention of the legislature, as was done in New Mexico in the case of Albuquerque Express v. Employment Security Commission (1975), 88 N.M. 596, 554 P.2d 1161. The fact that we have arrived at a situation to the law presented to us where in interpreting the phrase “work stoppage” we may well be creating economic problems for all employers.
It is quite possible and foreseeable that in a case where the National Guard is called during a work stoppage to perform the services of municipal or state employees, that there could be a finding by the Board of Labor Appeals that there was no substantial curtailment of normal operations in delivering governmental services. I cannot believe that such was the legislative intent in giving to the Board of Labor Appeals such power.